NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 898

IN RE CYPRESS SEMICONDUCTOR CORPORATION,

Petitioner.

On Writ of Mandamus from the United States International Trade Commission in case no. 337-TA-648.

ON PETITION FOR WRIT OF MANDAMUS

Before DYK, Circuit Judge.

ORDER

Cypress Semiconductor Corporation submits a petition for a writ of mandamus directing the United States International Trade Commission to halt its investigation in case no. 337-TA-648.

Upon consideration thereof,

IT IS ORDERED THAT:

Agere Systems, Inc. is directed to respond to the mandamus petition within 14 days of the date of filing of this order. Any other respondent may also respond within that time.

FOR THE COURT

FEB 23 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Louis S. Mastriani, Esq.
Thomas L. Halkowski, Esq.
Rett Snotherly, Esq.
Secretary, USITC
Judge, USITC

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 23 2009

JAN HORBALY
CLERK